# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1824. JENNIFER L. BRYANT v. ATLANTIC 17TH RESIDENTIAL CONDOMINIUM ASSOCIATION, INC.**

Jennifer L. Bryant appeals the trial court's order granting summary judgment to Atlantic 17th Residential Condominium Association, Inc. in the total amount of $5,367.91, including interest, court costs, litigation expenses, and attorney fees. Atlantic moved to dismiss the appeal for lack of jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000.00 or less, an application for discretionary appeal is required." *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (citing OCGA § 5-6-35 (a) (6)) (punctuation omitted). As the total judgment in favor of Atlantic is less than $10,000.00, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar*, 204 Ga. App. at 865-866. Bryant's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider her appeal. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).

Accordingly, the motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/11/2018__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*